COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Scott Morgan v. Amegy Bank National Association

Appellate case number:   01-13-00322-CV

Trial court case number:  2010-51109

Trial court:             189th District Court of Harris County

      On May 9, 2014, Scott D. Morgan filed a settlement status report indicating the parties were finalizing documents and appellant expected to file necessary motions in regards to this appeal within 60 days.  No motions have been filed since that date.

      Appellant is **ORDERED** to file either a motion to dismiss or a detailed status update on settlement arrangements by July 21, 2014.  Our suspension of appellate deadlines in our order of October 31, 2013 may be revoked and a deadline set for appellant's brief to be filed at any time based on the response to this order.

      It is so ORDERED.


Judge's signature: /s/ <u>Harvey Brown</u>
               ☒  Acting individually    ☐  Acting for the Court


Date:  July 15, 2014